```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THOMAS B. CURY, JR.,

                Plaintiff,              20-CV-3351 (PAE)(SN)

      -against-                             **ORDER**

KATHLEEN R. BRADSHAW, ESQ.,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       By Order dated December 15, 2020, the Court directed Plaintiff to file his Proposed Findings of Fact and Conclusions of Law and to serve a complete copy of their filing by mail to the last known address of Defendant ("Bradshaw"). ECF No. 17. On January 19, 2021, Plaintiff filed Proposed Findings of Fact and Conclusions of Law. ECF No. 20. Plaintiff has not, however, filed an affidavit of service reflecting that a complete copy of that Proposed Findings of Fact and Conclusions of Law was mailed to Bradshaw's last known address. Bradshaw's response, if any, to Plaintiff's Proposed Findings of Fact and Conclusions of Law was to be filed no later than 30 days after service. Without an affidavit of service, the Court cannot determine the date by which Bradshaw's reply was due.

       Out of an abundance of caution, and to ensure Bradshaw is afforded the time for a reply outlined by the Court's Scheduling Order, Plaintiff is directed to file an affidavit of service of the Proposed Findings of Fact and Conclusions of Law, no later than March 3, 2021. The Court will

then either determine the time by which Bradshaw's reply is due or deem the inquest fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: February 25, 2021
New York, New York

2