UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THOMAS B. CURY, JR.,

                Plaintiff,                                    20-CV-3351 (PAE)(SN)

     -against-                                         **ORDER**

KATHLEEN R. BRADSHAW, ESQ.,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On February 25, 2021, the Court directed Plaintiff to directed to file an affidavit of service of the Proposed Findings of Fact and Conclusions of Law on Defendant ("Bradshaw"). ECF No. 21. Plaintiff's affidavit of service states that Plaintiff mailed Defendant the papers in support of his Proposed Findings of Fact and Conclusions of Law on January 20, 2021. ECF No. 22. Accordingly, Defendant's response, if any, was to be filed no later than February 24, 2021. Because Defendant has made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                        _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:       April 19, 2021
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021