UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THOMAS B. CURY, JR.,

                       Plaintiff,                  20 **CIVIL** 3351 (PAE)(SN)

      -against-                                 **JUDGMENT**

KATHLEEN R. BRADSHAW, ESQ. A/K/A
KATHLEEN BRADSHAW,

                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 27, 2021, the Report is adopted in full. Cury is awarded (a) $27,500 in attorneys' fees; (b) $1,551.90 in litigation costs; and (c) $9,734.42 in property taxes, plus prejudgment interest accruing, respectively: (a) at a rate of $10.12 per day from May 3, 2019 through the date of judgment, in the amount of $9,816.40; (b) at a rate of $0.38 per day from May 15, 2019, through the date of judgment, in the amount of $364.04; and (c) at a rate of $2.40 per day from August 31, 2020, through the date of judgment, in the amount of $1,161.60.

**Dated:** New York, New York
           December 28, 2021

                                                              RUBY J. KRAJICK

                                                                  Clerk of Court
                                               BY:
                                                                   Deputy Clerk